CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
August 29, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
     DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **LISA A. STRONG,** | |
| Plaintiff, | Case No. 2:23CV00024 |
| v. | **JUDGMENT** |
| **MARTIN J. O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,** | JUDGE JAMES P. JONES |
| Defendant. | |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: August 29, 2024

/s/ JAMES P. JONES
Senior United States District Judge